Civil Proceeding Minute Entry (rev. 4/22 (elr))                                           Page 1 of 4

# UNITED STATES DISTRICT COURT
## Eastern District of New York

| | |
|---|---|
| Greenhaus, et. al. | Presiding Judge: **Joanna Seybert, Senior U.S.D.J.** |
| - v - | Case No(s).: **19-cv-5266-JS-ST** |
| Gersh | Date: **4/14/2022** |
| | Time in Court: 12:20 (15 mins.) |

## MINUTE ENTRY FOR A CIVIL PROCEEDING

**SEALED PROCEEDING: ☐ Yes ☒ No**

### I. APPEARANCES:

| | | | |
|---|---|---|---|
| Plaintiff | : **Edward Gewirtz, Esq.** | Court Reporter: | **Lisa Schmid** |
| Plaintiff | : **Laurie Gersh (named plaintiff)** | FTR Time: | |
| Plaintiff | : **Bryan Lewis, Esq.** | Courtroom Deputy: | **Eric L. Russo** |
| | : | | |
| Defendant | : **Steven Harfenist, Esq.** | | |

### II. PROCEEDINGS HELD:

☐ Discovery Conference    ☐ Initial Conference    ☐ Pre-Motion Conference
☐ Evidentiary Hearing    ☒ Motion Hearing    ☐ Status/Pre-Trial Conference
☐ Fairness Hearing/Settlement Conference    ☐ Preliminary Injunction Hearing    ☐ Show Cause Hearing

☒ Other: Proceedings held via the Court's teleconferencing system.

### III. PROCEEDINGS SUMMARY:

☐ Initial Conference held.
  ☐ The parties summarized the details of the case.
  ☐ The parties were directed to file a proposed discovery schedule on or before _____.
  ☐ The Court adopted the joint proposed discovery schedule ☐ in its entirety; ☐ with revisions.
  ☐ The discovery schedule:
    ☐ will be entered under a separate order pursuant to the conference held.
    ☐ was set as follows:
      ☐ Exchange of Rule 26(a)(1) disclosures: _____
      ☐ Service of first interrogatories and document demands: _____
      ☐ Responses to first interrogatories and document demands: _____
      ☐ Motions to join new parties or amend the pleadings: _____
      ☐ Meet/confer regarding Rule 30(b)(6) depositions: _____
      ☐ Completion of all fact depositions: _____
      ☐ Identification of case-in-chief experts and service of Rule 26 disclosures: _____
      ☐ Identification of rebuttal experts and service of Rule 26 disclosures: _____
      ☐ Completion of all discovery, fact and expert: _____
      ☐ Commencement of summary judgment motion practice: _____
  ☐ The Court respectively refers all remaining discovery matters to Magistrate Judge _____.
  ☐ See Section IV for additional details and/or rulings.

☐ Discovery Conference held.
    ☐ The parties advised the Court of the status of discovery in this case.
    ☐ The parties were directed to file a proposed amended discovery schedule on or before _____.
    ☐ The Court adopted the joint proposed amended discovery schedule ☐ in its entirety; ☐ with revisions.
    ☐ The discovery schedule:
        ☐ will be amended and entered under a separate order pursuant to the conference held.
        ☐ was amended as follows:
            ☐ Exchange of Rule 26(a)(1) disclosures: _____
            ☐ Service of first interrogatories and document demands: _____
            ☐ Responses to first interrogatories and document demands: _____
            ☐ Motions to join new parties or amend the pleadings: _____
            ☐ Meet/confer regarding Rule 30(b)(6) depositions: _____
            ☐ Completion of all fact depositions: _____
            ☐ Identification of case-in-chief experts and service of Rule 26 disclosures: _____
            ☐ Identification of rebuttal experts and service of Rule 26 disclosures: _____
            ☐ Completion of all discovery, fact and expert: _____
            ☐ Commencement of summary judgment motion practice: _____
    ☐ The Court respectively refers all remaining discovery matters to Magistrate Judge _____.
    ☐ See Section IV for additional details and/or rulings.

☐ Pre-Motion Conference/Status Conference/Pre-Trial Conference held.
    ☐ The parties presented their oral arguments to the Court regarding the proposed motion(s).
    ☐ The parties advised the Court of the status of this case.
    ☐ The following briefing schedule was set as to _____:
        ☐ _____ due by _____.
        ☐ _____ due by _____.
        ☐ _____ due by _____.
        ☐ _____ due by _____.
    ☐ The parties were directed to file a proposed briefing schedule on or before _____.
    ☐ The parties agreed to file fully briefed motion(s) on or before _____.
    ☐ The Movant(s) shall provide the Court with courtesy copies of the fully-briefed motion(s).
    ☐ The individual parties shall provide the Court with courtesy copies of their individual submissions.
    ☐ The Court respectively refers the motion(s) to Magistrate Judge _____ :
        ☐ for purposes of submitting a Report and Recommendation for this Court's consideration.
        ☐ to rule on the motion(s) in its entirety.
    ☐ The Court accepted the proposed Joint Pre-Trial Order ☐ in its entirety; ☐ with revisions.
    ☐ The Court deemed this case ready for trial.
    ☐ The parties were directed to file the following jury selection/pre-trial documents:
        ☐ Exhibits and witness list by: _____.
        ☐ Proposed voir dire and/or case summary by: _____.
        ☐ Proposed request to charge and verdict sheet by: _____.
    ☐ See Section IV for additional details and/or rulings.

☒ Evidentiary Hearing/Motion Hearing held regarding <u>Plaintiff Ellynn Greenhaus' Motion to Reopen Case (DE 57)</u>                    .

   ☒ The parties presented their oral arguments to the Court.

   ☐ Witness(es) were called ☐ for the _____ ; ☐ for the _____ .

   ☐ Exhibits were entered into evidence.

   ☒ The Court made the following ruling(s):

      ☐ Motion granted as to _____ .

      ☒ Motion denied as to <u>plaintiff's motion to reopen</u>                                                      .

      ☐ Motion granted, in part, and denied, in part, as to _____ .

      ☐ Motion found as moot as to _____ .

      ☐ Decision reserved on _____ .

   ☒ The Court's decision ☒ was entered on the record; ☐ will be entered under a separate order.

   ☒ See Section IV for additional details and/or rulings.

☐ Fairness Hearing/Settlement Conference held.

   ☐ Settlement negotiations took place between the Court and the parties, individually (*off the record*).

   ☐ The parties outlined the details of the settlement agreement.

   ☐ No party(ies) appeared opposing settlement.

   ☐ Objections to the proposed settlement were heard.

   ☐ The Court made the following ruling(s):

      ☐ Motion granted as to the ☐ Motion for Settlement Approval; ☐ Motion for Attorney Fees.

      ☐ Motion denied as to the ☐ Motion for Settlement Approval; ☐ Motion for Attorney Fees.

      ☐ Motion granted, in part, and denied, in part, as to the ☐ Motion for Settlement Approval; ☐ Motion for Attorney Fees.

      ☐ Motion found as moot as to the ☐ Motion for Settlement Approval; ☐ Motion for Attorney Fees.

      ☐ Decision reserved on the ☐ Motion for Settlement Approval; ☐ Motion for Attorney Fees.

   ☐ The Court's decision ☐ was entered on the record; ☐ will be entered under a separate order.

   ☐ See Section IV for additional details and/or rulings.

☐ Preliminary Injunction Hearing held.

   ☐ The parties presented their oral arguments to the Court.

   ☐ Witness(es) were called ☐ for the _____ ; ☐ for the _____ .

   ☐ Exhibits were entered into evidence.

   ☐ The Court made the following ruling(s):

      ☐ Motion granted as to the ☐ Motion for Preliminary Injunction; ☐ Motion for Temporary Restraining Order.

      ☐ Motion denied as to the ☐ Motion for Preliminary Injunction; ☐ Motion for Temporary Restraining Order.

      ☐ Motion granted, in part, and denied, in part, as to the ☐ Motion for Preliminary Injunction; ☐ Motion for Temporary Restraining Order.

      ☐ Motion found as moot as to the ☐ Motion for Preliminary Injunction; ☐ Motion for Temporary Restraining Order.

      ☐ Decision reserved on the ☐ Motion for Preliminary Injunction; ☐ Motion for Temporary Restraining Order.

   ☐ The Court's decision ☐ was entered on the record; ☐ will be entered under a separate order.

   ☐ See Section IV for additional details and/or rulings.

☐ Show Cause Hearing held.

   ☐ The parties presented their oral arguments to the Court.

   ☐ Witness(es) were called ☐ for the _____ ; ☐ for the _____ .

   ☐ Exhibits were entered into evidence.

   ☐ The Court's decision ☐ was entered on the record; ☐ will be entered under a separate order; ☐ was reserved.

   ☐ See Section IV for additional details and/or rulings.

## IV. OTHER RULINGS MADE DURING THE PROCEEDINGS:

☐ The record of this proceeding was deemed sealed. Transcripts of this proceeding can be made available to the Court and the parties listed above, only.

☒ Other:

- On consent of all parties, the Court directs that this matter be brought back to Mediation before Judge Skelos to settle the outstanding settlement issues described on the record.

- Parties were directed to file a Stipulation of Dismissal as to Roxanne Gersh on or before 4/29/2022.

## V. FURTHER PROCEEDINGS SET:

☒ No further conferences or hearings have been set at this time.

☐ Bench Trial: _____ at _____ before Judge _____.

☐ Discovery Conference: _____ at _____ before Judge _____.

☐ Evidentiary Hearing: _____ at _____ before Judge _____.

☐ Fairness Hearing: _____ at _____ before Judge _____.

☐ Jury Selection: _____ at _____ before Judge _____.

☐ Jury Trial: _____ at _____ before Judge _____.

☐ Motion Hearing: _____ at _____ before Judge _____.

☐ Preliminary Injunction Hearing: _____ at _____ before Judge _____.

☐ Pre-Motion Conference: _____ at _____ before Judge _____.

☐ Pre-Trial Conference: _____ at _____ before Judge _____.

☐ Settlement Conference: _____ at _____ before Judge _____.

☐ Show Cause Hearing: _____ at _____ before Judge _____.

☐ Status Conference: _____ at _____ before Judge _____.

☐ Other instructions regarding the proceedings set: