UNITED STATES DITRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ELLYNN GREENHAUS, LAURIE GERSH
and ROXANNE GERSH,

                          Plaintiffs,

        -against-

KEVIN GERSH, GERSH ACADEMY
SEATTLE, LLC, a/k/a GERSH ACADEMY
COUGAR MONTAIN, GERSH INTERNATIONAL,
PR, LLC, and JOHN DOES 1-100, each being
Fictional Entities and persons
whose true identity is unknown,

                          Defendants.

------------------------------------------------------------X

**Docket No:**
**19-CV-05266 (JS)(ST)**

**STIPULATION OF**
**DISMISSAL**

     **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff, ROXANNE GERSH, ("Roxanne"), and Defendants, KEVIN GERSH, GERSH ACADEMY SEATTLE, LLC, a/k/a GERSH ACADEMY COUGAR MONTAIN, GERSH INTERNATIONAL, PR, LLC ("Defendants"), that Roxanne's claims against the Defendants in this action are dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

     ~~IT IS FURTHER STIPULATED AND AGREED that this Court shall maintain jurisdiction for the purposes of enforcing the settlement between the parties.~~

Dated: June 1, 2022

**LEWIS JOHS AVALLONE AVILES, LLP**
*Attorneys for Roxanne Gersh*

By: _____
     Bryan F. Lewis
     1377 Motor Parkway, Suite 400
     Islandia, New York 11749
     (516) 524-3895
     bflewis@lewisjohs.com

**HARFENIST KRAUT & PERLSTEIN, LLP**
*Attorneys for Defendants*

By:_____
     Steven J. Harfenist
     3000 Marcus Avenue, Suite 2E1
     Lake Success, New York 11042
     (516) 355-9600
     sharfenist@hkplaw.com

**SO ORDERED.**

Dated: May 11, 2023          /s/ JOANNA SEYBERT
      Central Islip, NY          Joanna Seybert, U.S.D.J.