UNITED STATES DITRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ELLYNN GREENHAUS, LAURIE GERSH
and ROXANNE GERSH,

                       Plaintiffs,

         -against-

KEVIN GERSH, GERSH ACADEMY
SEATTLE, LLC, a/k/a GERSH ACADEMY
COUGAR MONTAIN, GERSH INTERNATIONAL,
PR, LLC, and JOHN DOES 1-100, each being
Fictional Entities and persons
whose true identity is unknown,

                     Defendants.
------------------------------------------------------------X

**Docket No:**
**19-CV-05266 (JS)(ST)**

**STIPULATION OF
DISMISSAL**

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiffs, LAURIE GERSH, ("Laurie") and ELLYNN GREENHAUS ("Ellynn"), and Defendants, KEVIN GERSH, GERSH ACADEMY SEATTLE, LLC, a/k/a GERSH ACADEMY COUGAR MONTAIN, GERSH INTERNATIONAL, PR, LLC ("Defendants"), that Laurie's and Ellynn's claims against the Defendants in this action are dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

    ~~**IT IS FURTHER STIPULATED AND AGREED** that this Court maintains jurisdiction for the purposes of enforcing any settlement between the parties.~~

Dated: May 9, 2023

APD421628/FL3084

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
*Attorneys for Ellynn Greenhaus and Laurie Gersh*

By: _____
Edward N. Gewirtz
60 East 42nd Street
Suite 4600
New York, New York 10165
(212) 697-6484
chona@bgandg.com

**HARFENIST KRAUT & PERLSTEIN, LLP**
*Attorneys for Defendants*

By: _____
Steven J. Harfenist
3000 Marcus Avenue, Suite 2E1
Lake Success, New York 11042
(516) 355-9600
sharfenist@hkplaw.com

**SO ORDERED:**

Dated:    May 11, 2023
          Central Islip, NY

/s/ JOANNA SEYBERT
**JOANNA SEYBERT, U.S.D.J.**

APD421628/FL3084